UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY LEE FORTNER,<br><br>　　　　　　Plaintiff,<br>　v.<br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-01908-JCM-PAL<br><br>ORDER |

This matter is before the court on plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed June 20, 2017 in state court. Defendant filed an Answer (ECF No. 3) and removed the case to federal district court July 7, 2017. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** plaintiff shall file her certificate of interested parties, which fully complies with LR 7.1-1 **no later than October 6, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1