**KYM S. CUSHING, ESQ.**
Nevada Bar No. 4242
**CHRISTOPHER D. PHIPPS, ESQ.**
Nevada Bar No. 3778
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; Fax: (702) 727-1401
Kym.Cushing@wilsonelser.com
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendant Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY LEE FORTNER, individually, | CASE NO.: 2:17-cv-01908-JCM-PAL |
| Plaintiff, | |
| v. | **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive, | |
| Defendants. | |

Defendant, Costco Wholesale Corporation, by and through its attorneys of record, Kym S. Cushing and Christopher D. Phipps, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP (the "firm"), hereby moves this court to remove Virginia T. Tomova from the CM/ECF Service List as she is no longer employed with the firm.

DATED this 13th day of December, 2017.

**IT IS SO ORDERED** this 18th day of December, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

BY: */s/ Christopher D. Phipps*
**KYM S. CUSHING, ESQ.**
Nevada Bar No. 4242
**CHRISTOPHER D. PHIPPS, ESQ.**
Nevada Bar No. 3778
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant,
Costco Wholesale Corporation*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

1236757v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this 13th day of December, 2017, I served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

- ☐ via hand-delivery to the addressees listed below.

Scott L. Poisson, Esq.
Christopher D. Burk, Esq.
BERNSTEIN & POISSON
320 S. Jones Blvd.
Las Vegas, Nevada 89107
702.654.1111; FAX 702.522.1522
*Attorneys for Plaintiff*

BY____*/s/ Adrina Harris*_____
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1236757v.1