MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRISTOPHER D. PHIPPS
Nevada Bar No. 3788
E-mail:  Christopher.Phipps@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY LEE FORTNER, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-1908<br><br>**Costco Wholesale Corporation's Motion to Remove Counsel from Service List** |

Costco Wholesale Corporation moves to remove attorney Kym Cushing from the CM/ECF electronic service list.  Mr. Cushing is no longer affiliated with Wilson Elser Moskowitz Edelman & Dicker  and no longer represents Costco Wholesale Corporation in this matter.

DATED this 5th day of March, 2018.

                                WILSON ELSER MOSKOWITZ
                                EDELMAN & DICKER LLP

                                */s/ Michael P. Lowry*

                                MICHAEL P. LOWRY, ESQ.
                                CHRISTOPHER D. PHIPPS, ESQ.
                                300 South Fourth Street, 11th Floor
                                Las Vegas, Nevada 89101-6014
                                Tel: 702.727.1400/Fax: 702.727.1401
                                Attorneys for Costco Wholesale Corporation

**IT IS SO ORDERED** this 8th day of March, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on March 5, 2018, I served **Costco Wholesale Corporation's Motion to Remove Counsel from Service List**:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

Scott L. Poisson, Esq.
Christopher D. Burk, Esq.
BERNSTEIN & POISSON
320 S. Jones Blvd.
Las Vegas, Nevada 89107
702.654.1111; FAX 702.522.1522
*Attorneys for Plaintiff*

BY  */s/ Michael P. Lowry*
    An Employee of
    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP