UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MARY LEE FORTNER, | Case No. 2:17-cv-01908-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

Before the court is the Notice of Settlement (ECF No. 26). The notice indicates that the parties in this matter have reached a settlement and that the stipulation to dismiss with prejudice will be filed with the court "in the near future". As no deadline for the stipulation to dismiss has been given,

**IT IS ORDERED** that the settling parties shall have 30 days from the notice of settlement, or until **April 18, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 20th day of March, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE