**CHRISTOPHER D. PHIPPS**
Nevada Bar No. 3788
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Christopher.Phipps@wilsonelser.com
Attorneys for Defendant Costco Wholesale Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY LEE FORTNER, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01908<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Defendant, Costco Wholesale Corporation ("Costco"), by and through its counsel of record, Christopher D. Phipps, Esq. of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP (the "firm"), respectfully moves the court to remove Michael P. Lowry from the CM/ECF Service List as he is no longer a participant in this case.

DATED this 3rd day of April, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**IT IS SO ORDERED** this 6th day of April, 2018.

*(signature)*
Peggy A. Leen
United States Magistrate Judge

BY: */s/ Christopher D. Phipps*
CHRISTOPHER D. PHIPPS
Nevada Bar No. 3788
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Attorneys for Defendant
Costco Wholesale Corporation

1280497v.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this 3rd day of April, 2018, I served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

- ☐ via hand-delivery to the addressees listed below; and/or

Scott L. Poisson, Esq.
Christopher D. Burk, Esq.
BERNSTEIN & POISSON
320 S. Jones Blvd.
Las Vegas, Nevada 89107
702.654.1111; FAX 702.522.1522
*Attorneys for Plaintiff*

BY  */s/ Adrina Harris*
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Page 2 of 2

1280497v.1