Christopher D. Phipps
Nevada Bar No. 3788
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; Fax: (702) 727-1401
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendant Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY LEE FORTNER, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01908-JCM-PAL<br><br>**JOINT STATUS REPORT** |

Defendant COSTCO WHOLESALE CORPORATION and Plaintiff, MARY LEE FORTNER, by and through their respective counsel of record, hereby submit this Joint Status Report pursuant to this court's order entered March 20, 2018. (ECF No. 27)

A Notice of Settlement was filed on or about March 19, 2018. (ECF No. 26) Plaintiff is a Medicare recipient. This required the parties to secure a final Medicare lien payment demand from Medicare before finalizing the final settlement documents. Medicare issued its final demand for Plaintiff's claim on March 28, 2018. Now that the final Medicare demand has been received, the parties are in a position to finalize the settlement of this matter.

/ / / /

/ / / /

/ / / /

/ / / /

1283930v.1

| | |
|---|---|
| 1 | The parties anticipate filing a Stipulation and Order for Dismissal With Prejudice within the |
| 2 | next thirty (30) days. |

Respectfully submitted.

DATED this 10th day of April, 2018 　　　　　DATED this 10th day of April, 2018

**WILSON, ELSER, MOSKOWITZ,** 　　　　　**BERNSTEIN & POISSON**
**EDELMAN & DICKER LLP**

BY: */s/ Christopher D. Phipps* 　　　　　BY */s/ Karla M. Gabour*
　　Christopher D. Phipps 　　　　　　　　　Karla M. Gabour
　　Nevada Bar No. 3788 　　　　　　　　　　Nevada Bar No. 13123
　　300 South Fourth Street, 11th Floor 　　　320 S. Jones Blvd.
　　Las Vegas, Nevada 89101 　　　　　　　　Las Vegas, Nevada 89107
　　*Attorneys for defendant Costco Wholesale* 　*Attorney for plaintiff*
　　*Corporation*

**IT IS ORDERED** that the parties shall have until **May 10, 2018**, to file their stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: April 13, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1283930v.1