Christopher D. Phipps
Nevada Bar No. 3788
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; Fax: (702) 727-1401
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendant Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY LEE FORTNER, individually,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01908-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED THAT the above-entitled action be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED this 27th day of April, 2018.         DATED this 27th day of April, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**                **BERNSTEIN & POISSON**

BY: */s/ Christopher D. Phipps*           BY */s/ Karla M. Gabour*
   Christopher D. Phipps                     Karla M. Gabour
   Nevada Bar No. 3788                       Nevada Bar No. 13123
   300 South Fourth Street, 11th Floor       320 S. Jones Blvd.
   Las Vegas, Nevada 89101                   Las Vegas, Nevada 89107
   *Attorneys for defendant Costco Wholesale Corporation*     *Attorney for plaintiff*

**IT IS SO ORDERED.**

Dated this  30th  day of April, 2018,

_____
UNITED STATES DISTRICT JUDGE

1281357v.1